UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND JOSEPH AUDLER,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2883** |
| **SOCIAL SECURITY ADMINISTRATION**<br>    Defendant | **SECTION "E** |

**ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

**New Orleans, Louisiana, this 11th day of June, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**